# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES O. MOLEN, | No. 2:17-cv-2224-TLN-CMK |
| Plaintiff, | |
| vs. | ORDER |
| UNITED STATES 9th DISTRICT COURT, et al., | |
| Defendants. | |

Plaintiff, proceeding in propria persona, brings this civil rights action under 42 U.S.C. § 1983. Pending[1] before the court is plaintiff's request for leave to proceed in forma pauperis (Doc. 2). Plaintiff's complaint, and service thereof by the United States Marshal if appropriate, will be addressed separately. The Clerk of the Court shall not issue summons or set this matter for an initial scheduling conference unless specifically directed by the court to do so.

Plaintiff has submitted the affidavit required by 28 U.S.C. § 1915(a) showing that plaintiff is unable to prepay fees and costs or give security therefor.

/ / /

---

[1] The court's original order granting plaintiff's request was not properly filed. Plaintiff is hereby granted leave to proceed in forma pauperis nunc pro tunc by this order.

1

Accordingly, IT IS HEREBY ORDERED that plaintiff's motion for leave to proceed in forma pauperis (Doc. 2) is granted.

DATED: December 1, 2017

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE