UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES O. MOLEN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES 9th DISTRICT COURT, et al.,<br><br>　　　　Defendants. | No. 2:17-cv-02224-TLN-CMK<br><br><br><br>**ORDER** |

The undersigned is a named Defendant in the instant action. Accordingly, the undersigned hereby recuses himself pursuant 28 U.S.C. § 455(b)(5)(i). This matter is hereby referred to the Chief Judge for reassignment to another judge.

Dated: March 5, 2018

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Troy L. Nunley
　　　　　　　　　　　　　　　　　　　　United States District Judge

1