UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| JAMES O. MOLEN, | No. 2:17-cv-2224-JAM-CMK |
|---|---|
| Plaintiff, | |
| v. | **ORDER** |
| UNITED STAETS 9th DISTRICT COURT, et al., | |
| Defendants. | |

Plaintiff, proceeding pro se, brought this civil action. This matter was referred to the court by the Ninth Circuit Court of Appeals to certify whether the appeal is taken in good faith. See 28 U.S.C. § 1915(a)(3).

Having reviewed the entire file, the court concludes that the appeal is not taken in good faith. For the reasons stated in the court's November 16, 2017, findings and recommendations, plaintiff has not stated a claim upon which relief can be granted.

Accordingly, IT IS HEREBY ORDERED that:

    1. This appeal is not taken in good faith; and

    2. The Clerk of the Court is directed to serve a copy of this order on the Pro Se Unit at the Ninth Circuit Court of Appeals.

DATED: July 20, 2018

/s/ John A. Mendez
UNITED STATES DISTRICT COURT JUDGE

1