IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES O. MOLEN, | No. 2:17-CV-2224-JAM-CMK |
| Plaintiff, | |
| vs. | ORDER |
| UNITED STATES 9TH DISTRICT COURT, et al., | |
| Defendants. | |

Plaintiff, who is proceeding pro se, brought this civil action. Final judgment was entered on July 3, 2018, and plaintiff has appealed. Pending before the court is plaintiff's motion (Doc. 22) requesting issuance of a summons and for the matter to be set for a scheduling conference. Because final judgement has been entered and the case has been closed, plaintiff's motion is denied.

IT IS SO ORDERED.

DATED: August 9, 2018

CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE

1